COURT OF APPEALS OF VIRGINIA

Present:   Judges Alston, Decker and Senior Judge Coleman

JERRY L. ADAMS

MEMORANDUM OPINION[*]

v.       Record No. 1697-13-3                                    PER CURIAM
                                                                MARCH 11, 2014

LOWE & NELSON, INC.,
  THE VIRGINIA CONTRACTORS GROUP
  SELF-INSURANCE ASSOCIATION AND
  PMA MANAGEMENT CORP., TPA

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

      (Jerry Adams, pro se, on brief).

      (Jonnie L. Speight; Johnson, Ayers & Matthews, P.L.C., on brief),
      for appellees.


      Jerry L. Adams (claimant) appeals a decision of the Workers' Compensation Commission

finding that Lowe & Nelson, Inc., The Virginia Contractors Group Self-Insurance Association

and PMA Management Corp., TPA (employer) is not responsible for payment of claimant's

proposed shoulder surgery.  On appeal, claimant contends the commission erred in (1) finding

employer is not responsible for payment of the proposed surgery and (2) placing great weight on

the medical opinion of Dr. Robert B. Stephenson.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.[1]  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Adams v. Lowe & Nelson, JCN

_____

      [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

      [1] Claimant failed to comply with Rule 5A:20(c) and 5A:20(d).  His opening brief did not
include an exact reference to the appendix or record where the assignments of error were
preserved or a statement of facts with references to the appendix or record.  Furthermore, the
appendix did not include the commission's opinion.  Appellant filed an amended opening brief
but failed to correct these deficiencies.

1738808 (Aug. 12, 2013).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>